# No. 24-1045

### UNITED STATES COURT OF APPEALS
### FOR THE THIRD CIRCUIT

Transource Pennsylvania LLC,
*Plaintiffs-Appellees*,

v.

Steven M. DeFrank, Chairman, Pennsylvania Public Utility Commission; Kimberly M. Barrow, Vice Chairman, Pennsylvania Public Utility Commission; John F. Coleman, Jr, Commissioner Pennsylvania Public Utility Commission; Ralph V. Yanora, Commissioner Pennsylvania Public Utility Commission; and Kathryn L. Zerfuss, Commissioner Pennsylvania Public Utility Commission, all in their official capacities.

*Defendants-Appellants*.

ON APPEAL FROM THE U.S. DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA
Case No. 1:21-cv-101101
The Honorable Jennifer P. Wilson, Judge

### ADDENDUM
### TO AMICUS CURIAE THE NATIONAL ASSOCIATION OF REGULATORY COMMISSIONERS BRIEF - CERTIFYING BAR MEMBERSHIP, THAT THE E- FILED BRIEF IS IDENTICAL TO PAPER COPIES FILED, THAT NO VIRUS WAS DETECTED.

*James Bradford Ramsay*
GENERAL COUNSEL
National Association of Regulatory
   Utility Commissioners
1101 Vermont Avenue NW, Suite 200
Washington, DC 20005
Phone: 202.898.2207 Fax: 202.898.2213
jramsay@naruc.org

*Attorney for Amicus National Association of Regulatory Utility Commissioners Supporting Defendants-Appellant*

**May 20, 2024**

# ADDITIONAL CERTIFICATE OF COUNSEL

1. *James Bradford Ramsay, General Counsel for the National Association of Regulatory Utility Commissioners hereby certify as follows:*

2. *That I am a member of the bar of this Court.*

3. *That the text of the electronic version of this brief is identical to the text of the paper copies.*

4. *That I scanned the file for viruses using Microsoft Defender Antivirus, Security Intelligence Version: 1.411.261.0.*

                              */s/ James Bradford Ramsay*

                              ***James Bradford Ramsay***
                              GENERAL COUNSEL
                              NATIONAL ASSOCIATION OF REGULATORY UTILITY COMMISSIONERS
                              1101 VERMONT AVE., N.W., SUITE 200
                              WASHINGTON, D.C. 20005
                              TEL: (202) 898-2207
                              FAX:  (202) 384-1554
                              E-MAIL: JRAMSAY@NARUC.ORG

**Dated: May 20, 2024**

## CERTIFICATE OF SERVICE

I hereby certify that the electronic original of the foregoing Addendum to NARUC's Amicus Curiae Brief was filed with the Clerk of the Court for the United States Court of Appeals for the Third Circuit on this 20th day of May, 2024 through the CM/ECF electronic filing system, and thus also served on counsel of record.

/s/ *James Bradford Ramsay*
_____
***James Bradford Ramsay***
GENERAL COUNSEL
NATIONAL ASSOCIATION OF REGULATORY
    UTILITY COMMISSIONERS
1101 VERMONT AVE., N.W., SUITE 200
WASHINGTON, D.C. 20005
TEL: (202) 898-2207
FAX: (202) 384-1554
E-MAIL: JRAMSAY@NARUC.ORG

**Dated: May 20, 2024**