UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

No. 24-1045

TRANSOURCE PENNSYLVANIA, LLC

v.

STEVEN M. DEFRANK, Chair, Pennsylvania Public Utility Commission;
KIMBERLY M. BARROW, Vice Chair, Pennsylvania Public Utility Commission;
JOHN F. COLEMAN, JR.; RALPH V. YANORA; and KATHRYN L. ZERFUSS,
Commissioners, Pennsylvania Public Utility Commission, all in their official capacities;
and the PENNSYLVANIA PUBLIC UTILITY COMMISSION,
                                        Appellants

(M.D. Pa. No. 1:21-cv-01101)

Present: SHWARTZ, MATEY, and MCKEE, Circuit Judges

1. Motion by the Attorney General of Pennsylvania to withdraw as counsel for Appellants, to intervene in this appeal and extend the time for the Proposed Intervenor to file a Petition for En Banc Review;

2. Response by Appellee Transource Pennsylvania LLC to the Attorney General's motion to extend the time for the proposed intervenor to file a Petition for En Banc Review;

3. Response by Appellee Transource Pennsylvania LLC in Opposition to Pennsylvania Attorney General's Omnibus Motion to withdraw as counsel, intervene in this appeal and extend the time for the proposed Intervenor to file a Petition for En Banc Review;

4. Reply by the Attorney General of Pennsylvania in further support of the Omnibus Motion.

                                        Respectfully,
                                        Clerk/JK

_____ORDER_____

The foregoing Motion to Withdraw as Counsel and Intervene in this Appeal filed by the Pennsylvania Attorney General is DENIED.  The 30-day extension of time to file a petition for rehearing *en banc* included in the October 21, 2025, order is vacated as MOOT.

By the Court,

s/Theodore A. McKee
Circuit Judge

Dated:  November 6, 2025
JK/cc: All Counsel of Record