UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

No. 24-1045

TRANSOURCE PENNSYLVANIA, LLC

v.

STEVEN M. DEFRANK, Chair, Pennsylvania Public Utility Commission, KIMBERLY M. BARROW, Vice Chair, Pennsylvania Public Utility Commission, JOHN F. COLEMAN, JR., RALPH V. YANORA, and KATHRYN L. ZERFUSS, Commissioners, Pennsylvania Public Utility Commission, all in their official capacities, and the PENNSYLVANIA PUBLIC UTILITY COMMISSION,
Appellants

(M.D. Pa. No. 1:21-cv-01101)

Present:  SHWARTZ, MATEY, and MCKEE, *Circuit Judges*

1. Petition by Proposed Intervenors the Commonwealth of PA and Consumer Advocate for Rehearing before original panel and the court en banc, construed as Motion for Reconsideration of the Court's order of November 6, 2025, with request for referral to the en banc court pursuant to 3d Cir. IOP 10.3.3.

Respectfully,
Clerk/jk

_____ORDER_____

The foregoing Petition by Proposed Intervenors the Commonwealth of PA and Consumer Advocate for Rehearing before original panel and the court en banc, construed as Motion for Reconsideration of the Court's order of November 6, 2025, with request for referral to the en banc court pursuant to 3d Cir. IOP 10.3.3. is denied.

By the Court,

s/Theodore A. McKee
Circuit Judge

Dated:  December 15, 2025
JK/cc: All Counsel of Record